David W. Knotts, ISB No. 3627
William K. Fletcher, ISB No. 7950
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com
        wfletcher@hawleytroxell.com

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| BARBARA CHRISTENSEN, | ) | Case No. _____ |
| | ) | |
| Plaintiff, | ) | NOTICE OF REMOVAL |
| | ) | |
| vs. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO:     UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

The Defendant Trinity Universal Insurance Company ("Trinity") respectfully alleges as follows:

1.     This Notice of Removal is filed pursuant to 28 U.S.C. § 1446(a) and (b) for the purpose of removing this action from the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison to this Court.

NOTICE OF REMOVAL - 1

2.      Plaintiff filed her Complaint for Damages ("Complaint") on February 2, 2017, a true and correct copy of which is attached hereto as **Exhibit A**. This action was brought in the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison and assigned case number CV-17-93. The District Court of the Seventh Judicial District of the State of Idaho for the County of Madison is located within the jurisdiction of the United States District Court for the District of Idaho.

3.      Trinity has not yet answered or otherwise responded to Plaintiff's Complaint and, in accordance with 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty (30) days after receipt by Trinity of a copy of the Complaint. Upon information and belief, no other pleadings or papers have been filed in this action with exception of the above-referenced Complaint filed by the Plaintiff, and a Notice of Removal, a copy of which is attached hereto as **Exhibit B**. A copy of the state court register of actions is attached hereto as **Exhibit C**.

4.      Case No. CV-17-93 is a civil action in which Plaintiff seeks to recover against Trinity for alleged breach of contract. The Plaintiffs also purport to seek attorney fees and prejudgment interest.

5.      Removal of this action is proper, pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Trinity and the amount in controversy exceeds $75,000.00. Upon information and belief, Plaintiff is a citizen of Madison County, State of Idaho. As alleged in the Complaint, Exhibit A, ¶ 3, Trinity is a Florida corporation with its principal place of business in Florida. A true and correct copy of the Company Information for Trinity, on file with the Idaho Department of Insurance, identifying Jacksonville, Florida as Trinity's principal place of business, is attached hereto as **Exhibit D**. Plaintiff has demanded the

NOTICE OF REMOVAL - 2

limits of her insurance of $250,000; that amount is reduced by the $100,000 paid the insurer for the at-fault driver. Accordingly, the amount in controversy exceeds $75,000. See Complaint, Exhibit A, ¶¶ 14-16. See also **Exhibit E** (true and correct copy of letter from Plaintiff's counsel dated June 15, 2015.)

6.       Pursuant to 28 U.S.C. § 1446, this state court action commenced in the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison may be removed to the United States District Court for the District of Idaho.

7.       Proper notice will be given this date to Plaintiff herein, by and through her counsel of record, and to the Clerk of the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison. A true and correct copy of the notice is attached hereto as **Exhibit B** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Trinity prays that the above-entitled action pending against it in the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison, be removed to this Court.

DATED THIS 14th day of February, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP


By _____/s/_____
   David W. Knotts, ISB No. 3627
   Attorneys for Defendant

NOTICE OF REMOVAL - 3

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of February, 2017, I electronically filed the foregoing NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following:

Paul T. Curtis                                    ☑ E-mail:
CURTIS & PORTER, P.A.                curtisandporter@cableone.net
598 N. Capital Ave.
Idaho Falls, ID 83402


_____/s/_____
David W. Knotts

NOTICE OF REMOVAL - 4

# EXHIBIT A

Paul T. Curtis, SBN #6042
CURTIS & PORTER, P.A.
598 N. Capital Ave.
Idaho Falls, ID 83402
Telephone: (208) 542-6995
Facsimile: (208) 542-6993

*Attorneys for Plaintiff*

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

IN AND FOR THE STATE OF IDAHO, COUNTY OF MADISON

| | | |
|---|---|---|
| BARBARA CHRISTENSEN, | ) | Case No.: CV-17-93 |
| | ) | |
| Plaintiff, | ) | COMPLAINT FOR DAMAGES |
| | ) | |
| vs. | ) | [Breach of Insurance Contract] |
| | ) | |
| TRINITY UNIVERSAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW, Plaintiff BARBARA CHRISTENSEN, by and through her attorney of record, Paul T. Curtis of CURTIS & PORTER, P.A., and complains and alleges against Defendant TRINITY UNIVERSAL INSURANCE COMPANY, (hereinafter "TRINITY") as follows:

1.      This is an action for personal injury damages sustained in an automobile accident occurring on November 22, 2011, on Cole Road, in the City of Boise, Ada County, Idaho, proximately caused by the negligence of one Carla Latta. Plaintiff settled with Carla Latta for her liability insurance policy limits, and made a claim against Defendant TRINITY for additional compensation under her policy. Said Defendant denied her claim, alleging Plaintiff had been

COMPLAINT AND DEMAND FOR JURY TRIAL                                    PAGE 1

adequately compensated by the at-fault party.  Plaintiff disagrees and hereby sues her insurance company, TRINITY, for damages according to contract, attorney's fees, court costs, and other relief.

2.      Plaintiff's permanent residence is in Madison County, Idaho.

3.      On information and belief, based upon representations of counsel, TRINITY is an insurance company based out of Jacksonville, Florida, doing business in the State of Idaho.

4.      The Court has subject matter jurisdiction over this matter, in that the amount in controversy, exclusive of interest and costs, exceeds the jurisdictional minimums for actions filed in the district court.  The Court has *subject matter* jurisdiction over defendant, in that the defendant allegedly breached a contract with Plaintiff which was entered into within the State of Idaho.

5.      Venue is proper in the Seventh Judicial District, Madison County, in that the plaintiff resides in said county.  [I.C. §41-1838]

6.      The motor vehicle accident that is the subject of this action occurred on November 22, 2011. At the time of the accident, Plaintiff BARBARA CHRISTENSEN was driving her vehicle southbound on Cole Road, in Boise, Idaho.  While stopped for traffic, her vehicle was rear ended by a vehicle driven by Carla Latta.  The impact pushed Plaintiff's vehicle forward causing it to impact the rear of the vehicle in front of her, proximately causing plaintiff to suffer personal injury damages.

7.      Plaintiff made a claim for personal injury damages against Carla Latta and settled for her liability policy limits.  Thereafter, Plaintiff made a claim for additional benefits from her insurance, Defendant TRINITY.

COMPLAINT AND DEMAND FOR JURY TRIAL                                  PAGE 2

8.      Defendant TRINITY denied Plaintiff's claim, alleging that Plaintiff had been adequately compensated by Carla Latta's insurance.

9.      Defendant TRINITY refused to agree to resolve the matter in arbitration and Plaintiff has been thus forced to file this lawsuit to recover the damages she is entitled to under her insurance contract with Defendant TRINITY.

## FIRST CLAIM FOR RELIEF

### (Breach of Contract against Defendant TRINTIY UNIVERSAL INURANCE COMPANY, aka KEMPER INSURANCE)

10.     Plaintiff incorporates herein paragraphs 1 through 9 of this Complaint.

11.     At the time and place of the accident, Plaintiff was insured by Defendant TRINTIY.

12.     Said insurance policy provided UIM coverage, which provided excess coverage in the event a liable party was underinsured.

13.     As a result of this accident, Plaintiff suffered personal injuries including, but not limited to, neck injuries requiring surgery and proximately resulting in medical specials exceeding $116,905.00.

14.     Carla Latta had a liability policy in the amount of $100,000.   On or about February 11, 2015, Defendant's liability insurance carrier, Farmer's Insurance Company of Idaho, settled with Plaintiff for Carla Latta's liability insurance policy limits.

15.     Plaintiff's excess coverage provided by Defendant TRINITY included policy limits of $250,000.

16.     Plaintiff made a demand of Defendant to pay for her excess damages under the policy not exceeding her policy limits.

COMPLAINT AND DEMAND FOR JURY TRIAL                              PAGE 3

17.     Defendant TRINITY denied Plaintiff's claim, alleging Plaintiff had been adequately compensated through Carla Latta's liability insurance.

18.     Plaintiff disputes the basis of TRINITY'S denial, alleging her settlement with Carla Latta did not adequately compensate her and requested arbitration.

19.     On or about November 4, 2016, TRINITY notified Plaintiff of its refusal to arbitrate.

20.     As a result, Plaintiff brings this action against TRINITY for breach of contract for failure to pay excess coverage as agreed in her contract with TRINITY, in an amount according to proof at trial.

**SECOND CLAIM FOR RELIEF**
**(Attorney's fees and court costs)**

21.     Plaintiff incorporates herein paragraphs 1 through 20 of this Complaint.

22.     On or before September 21, 2016, Plaintiff provided "proof of loss" to Defendant TRINTIY.

23.     More than 60 days have passed since Plaintiff provided proof of loss to Defendant. Defendant not only failed to offer or pay the "amount justly due" Plaintiff, but failed to make any payment under the policy of insurance.

24.     As such, Plaintiff has been required to obtain the legal services of Paul T. Curtis of CURTIS & PORTER, P.A. to prosecute her claim for damages, and has obligated herself to pay her attorney a reasonable fee for his services, as well as to reimburse all court costs and expenses of litigation.

25.     I.C. §41-1839 provides that Defendant is liable for Plaintiff's attorney's fees should the Court find Plaintiff is due any amount under her policy of insurance.

WHEREFORE, plaintiff prays for relief in excess of $10,000.00 against Defendant TRINITY UNIVERSAL INSURANCE COMPANY as follows:

1. For general damages for plaintiff's pain and suffering, bodily injuries, and other damages in an amount to be proven at trial, due Plaintiff under the terms of her insurance contract with Defendant;

2. For plaintiff's property damage, out-of-pocket expenses, and other special damages in an amount to be proven at trial, due Plaintiff under the terms of her insurance contract with Defendant;

3. For plaintiff's attorney's fees per I.C. §41-1839 or other law or statute, court costs, and other disbursements in an amount to be determined at or after trial; and

4. For such other and further relief as the Court deems appropriate under the circumstances.

PLAINTIFF REQUESTS A TRIAL BY JURY IN THIS MATTER.

DATED this 2 day of February, 2016.

Paul T. Curtis

# EXHIBIT B



David W. Knotts, ISB No. 3627
William K. Fletcher, ISB No. 7950
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com
       wfletcher@hawleytroxell.com

Attorneys for Defendant

IN THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT

OF THE STATE OF IDAHO, IN AND FOR THE COUNTY OF MADISON

| | | |
|---|---|---|
| BARBARA CHRISTENSEN, | ) | Case No. CV-17-93 |
| | ) | |
| Plaintiff, | ) | 28 USC 1446(D) NOTICE OF |
| | ) | REMOVAL |
| vs. | ) | |
| | ) | |
| TRINITY UNIVERSAL INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

TO: ABOVE-NAMED PLAINTIFF AND HER COUNSEL OF RECORD; AND TO

THE CLERK OF THE DISTRICT COURT OF THE SEVENTH JUDICIAL DISTRICT OF

THE STATE OF IDAHO FOR THE COUNTY OF MADISON:

PLEASE TAKE NOTICE that Trinity Universal Insurance Company filed, on the 14th

day of February, 2017, a Notice of Removal of the above-entitled case from the District Court of

the Seventh Judicial District of the State of Idaho, in and for the County of Madison, to the

28 USC 1446(D) NOTICE OF REMOVAL - 1

United States District Court for the District of Idaho, and said District Court of the Seventh Judicial District of the State of Idaho, in and for the County of Madison, shall proceed no further unless the case is remanded. A true and correct copy of the Notice of Removal is attached hereto as Exhibit A and by this reference incorporated herein as if set forth in full.

DATED THIS __14__ day of February, 2017.

HAWLEY TROXELL ENNIS & HAWLEY LLP

By _____
David W. Knotts, ISB No. 3627
Attorneys for Defendant

28 USC 1446(D) NOTICE OF REMOVAL - 2

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this _14_ day of February, 2017, I caused to be served a true copy of the foregoing 28 USC 1446(D) NOTICE OF REMOVAL by the method indicated below, and addressed to each of the following:

Paul T. Curtis
CURTIS & PORTER, P.A.
598 N. Capital Ave.
Idaho Falls, ID 83402

☑ U.S. Mail, Postage Prepaid
☐ Hand Delivered
☐ Overnight Mail
☐ E-mail
☐ Telecopy:  208.542.6993


_____
David W. Knotts

28 USC 1446(D) NOTICE OF REMOVAL - 3

**EXHIBIT C**

## Case History

### Cases for:   Christensen, Barbara
### Madison

#### 1  Cases Found.

| | | | | | |
|---|---|---|---|---|---|
| | **Barbara Christensen vs. Trinity Universal Insurance Company** | | | | |
| Case: **CV-2017-0000093** | **District** Filed: **02/02/2017** | Subtype: **Other Claims** | Judge: **Gregory W Moeller** | Status: **Pending** | |

Defendants: **Trinity Universal Insurance Company**
Plaintiffs: **Christensen, Barbara**

| Register of actions: | Date | |
|---|---|---|
| | 02/02/2017 | New Case Filed - Other Claims |
| | 02/02/2017 | Plaintiff: Christensen, Barbara Appearance Paul T Curtis |
| | 02/02/2017 | Filing: AA- All initial civil case filings in District Court of any type not listed in categories E, F and H(1) Paid by: Curtis, Paul T (attorney for Christensen, Barbara) Receipt number: 0000465 Dated: 2/2/2017 Amount: $221.00 (Check) For: Christensen, Barbara (plaintiff) |

*Connection: Public*

**EXHIBIT D**

# Department of Insurance

Search ☐

Licensed Professionals (/Licensing/) > Insurance Company and Producer Search

Search by Name    Search by License Number    Other Searches    Company Information

## COMPANY INFORMATION

### Name: TRINITY UNIVERSAL INSURANCE COMPANY

Address:  12926 GRAN BAY PARKWAY WEST
          JACKSONVILLE, FL 32258

Phone:  904-245-5600
Web:  www.unitrin.com (http://www.unitrin.com)

| | |
|---|---|
| Company Type: | Property or Casualty |
| License Number: | **391** |
| Date Admitted: | 09/09/1992 |
| License Status: | **Active** |
| NAIC Code: | 19887 |
| NAIC Group Code: | 0215 |

| Lines |
|---|
| Casualty, Including Workers' Compensation |
| Marine and Transportation |
| Property |
| Surety |

## Affiliated Producers

| Producer Name | City | State | License Number | Lines | Appointment Date |
|---|---|---|---|---|---|
| A B C INSURANCE INC (SearchInfo.aspx?Id=150356&lic=124194&Type=C) | SPOKANE | WA | 124194 | | 09/16/2015 |
| ABRAMS, CHRISTINA (SearchInfo.aspx?Id=1285493&lic=107687&Type=P) | YAKIMA | WA | 107687 | Casualty, Property | 09/12/2006 |
| ACCESS FIRST INSURANCE, LLC (SearchInfo.aspx?Id=148539&lic=129093&Type=C) | EAGLE | ID | 129093 | | 01/14/2009 |
| ACCURATE INSURANCE, INC. (SearchInfo.aspx?Id=147458&lic=58918&Type=C) | SPOKANE | WA | 58918 | | 03/15/2007 |
| ACTION FINANCIAL SERVICES (SearchInfo.aspx?Id=166184&lic=375366&Type=C) | OREM | UT | 375366 | | 12/15/2016 |
| ADDISON AVENUE FINANCIAL PARTNERS LLC, DBA: (SearchInfo.aspx?Id=148892&lic=130657&Type=C) | BEAVERTON | OR | 130657 | | 02/02/2012 |

**EXHIBIT E**

00001



**LAW OFFICES, P.A.**

June 15, 2015

Paul T. Curtis*

Brandon Porter

Andrew A. Adams

Attorneys at Law

_____

598 N. Capital Ave.

Idaho Falls, ID

8 3 4 0 2

_____

Ph: 208.542.6995

Fx: 208.542.6993

Kemper Insurance Co.
Karen Pearson
P.O. Box 2833
Clinton, IA  52733-2833

RE:   Our Client:      Barbara Christensen
      Your Insured:    Ellis Christensen
      Date of Loss:    11/22/11
      Your Claim #:    C081916ID13

Dear Ms. Pearson.

As you are aware, our office represents Barbara Christensen for injuries incurred from her auto accident on 11/22/11.

Attached is a letter from you dated February 11, 2015 giving the authorization and permission to settle the 3rd party claim with Farmers Insurance for their policy limit of $100,000.00.  We have enclosed documentation of the 3rd party limits for your review.

Since the 3rd party settlement, Ms. Christensen has sought additional treatment for her injuries and incurred more medical bills.  With this in mind, we are requesting the remaining UIM policy limits to settle Ms. Christensen's case and to waive or reduce your $25,000 medical payment subrogation.  We have enclosed all of the medical bills and chart notes for your review of this matter.

Your immediate attention to this matter is greatly appreciated and should you have further questions or concerns, please contact our office.

Sincerely,

Shona Ker
Paralegal for Paul Curtis