David W. Knotts, ISB No. 3627
William K. Fletcher, ISB No. 7950
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com
      wfletcher@hawleytroxell.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA CHRISTENSEN,<br><br>    Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>    Defendant. | Case No. 1:17-cv-00073-EJL<br><br>AMENDED NOTICE OF REMOVAL |

TO:   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

The Defendant Trinity Universal Insurance Company ("Trinity") respectfully alleges as follows:

1.   This Amended Notice of Removal is filed pursuant to 28 U.S.C. § 1446(a) and (b) for the purpose of removing this action from the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison to this Court.

AMENDED NOTICE OF REMOVAL - 1

2. Plaintiff filed her Complaint for Damages ("Complaint") on February 2, 2017, a true and correct copy of which is attached hereto as **Exhibit A**. This action was brought in the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison and assigned case number CV-17-93. The District Court of the Seventh Judicial District of the State of Idaho for the County of Madison is located within the jurisdiction of the United States District Court for the District of Idaho.

3. Trinity has not yet answered or otherwise responded to Plaintiff's Complaint and, in accordance with 28 U.S.C. § 1446(b), this Amended Notice of Removal is filed within thirty (30) days after receipt by Trinity of a copy of the Complaint. Upon information and belief, no other pleadings or papers have been filed in this action with exception of the above-referenced Complaint filed by the Plaintiff, and a Notice of Removal, a copy of which is attached hereto as **Exhibit B**. A copy of the state court register of actions is attached hereto as **Exhibit C**.

4. Case No. CV-17-93 is a civil action in which Plaintiff seeks to recover against Trinity for alleged breach of contract. The Plaintiffs also purport to seek attorney fees and prejudgment interest.

5. Removal of this action is proper, pursuant to 28 U.S.C. § 1332, as there is complete diversity of citizenship between Plaintiff and Trinity and the amount in controversy exceeds $75,000.00. Upon information and belief, Plaintiff is a citizen of Madison County, State of Idaho. Trinity is a privately held company that is owned by Kemper Corporation. Kemper Corporation is publicly traded. Trinity's statutory Home Office is in Dallas, Texas and its principal place of business is in Jacksonville, Florida. A true and correct copy of the Company Information for Trinity, on file with the Texas Department of Insurance, identifying Texas as

Trinity's home state, and showing its mailing address in Jacksonville, Florida, is attached hereto is attached hereto as **Exhibit D**. Plaintiff has demanded the limits of her insurance of $250,000; that amount is reduced by the $100,000 paid the insurer for the at-fault driver. Accordingly, the amount in controversy exceeds $75,000. See Complaint, Exhibit A, ¶¶ 14-16. See also **Exhibit E** (true and correct copy of letter from Plaintiff's counsel dated June 15, 2015.)

6. Pursuant to 28 U.S.C. § 1446, this state court action commenced in the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison may be removed to the United States District Court for the District of Idaho.

7. Proper notice has been given to Plaintiff herein, by and through her counsel of record, and to the Clerk of the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison. A true and correct copy of the notice is attached hereto as **Exhibit B** and, by this reference, incorporated herein as if set forth in full.

WHEREFORE, Trinity prays that the above-entitled action pending against it in the District Court of the Seventh Judicial District of the State of Idaho for the County of Madison, be removed to this Court.

DATED THIS 16th day of February, 2017.

                      HAWLEY TROXELL ENNIS & HAWLEY LLP

                      By _____/s/_____
                          David W. Knotts, ISB No. 3627
                          Attorneys for Defendant

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 16th day of February, 2017, I electronically filed the foregoing **ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT.** with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following:

| | |
|---|---|
| Paul T. Curtis<br>CURTIS & PORTER, P.A.<br>598 N. Capital Ave.<br>Idaho Falls, ID 83402 | ☑ E-mail:<br>curtisandporter@cableone.net |

_____/s/_____
David W. Knotts

AMENDED NOTICE OF REMOVAL - 4

47812.0008.8665695.1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of February, 2017, I electronically filed the foregoing AMENDED NOTICE OF REMOVAL with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following:

Paul T. Curtis  
CURTIS & PORTER, P.A.  
598 N. Capital Ave.  
Idaho Falls, ID 83402

☑ E-mail:  
curtisandporter@cableone.net

_____/s/_____  
David W. Knotts