David W. Knotts, ISB No. 3627
William K. Fletcher, ISB No. 7950
HAWLEY TROXELL ENNIS & HAWLEY LLP
877 Main Street, Suite 1000
P.O. Box 1617
Boise, ID 83701-1617
Telephone: 208.344.6000
Facsimile: 208-954-5201
Email: dknotts@hawleytroxell.com
 wfletcher@hawleytroxell.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| BARBARA CHRISTENSEN,<br><br>  Plaintiff,<br><br>vs.<br><br>TRINITY UNIVERSAL INSURANCE COMPANY,<br><br>  Defendant. | Case No. 4:17-cv-00073-EJL<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the above-entitled parties, by and through their respective counsel, and stipulate that the above-entitled action shall be dismissed with prejudice and without costs and attorney fees to any party.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED THIS __10__ day of ~~March~~ April, 2017.

                CURTIS & PORTER, P.A.

                By _____
                    Paul T. Curtis
                    *Attorney for Plaintiff*

DATED THIS __11__ day of ~~March~~ April, 2017.

                HAWLEY TROXELL ENNIS & HAWLEY LLP

                By _____
                    David W. Knotts
                    *Attorneys for Defendant*

STIPULATION FOR DISMISSAL WITH PREJUDICE - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this __11__ day of ~~March~~ *April*, 2017, I electronically filed the foregoing STIPULATION FOR DISMISSAL WITH PREJUDICE with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following:

Paul T. Curtis  
CURTIS & PORTER, P.A.  
598 N. Capital Ave.  
Idaho Falls, ID 83402

☒ E-mail:  
curtisandporter@cableone.net

_____  
David W. Knotts

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3

47812.0008.8753944.1